IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENNETH W. CLARK, | ) | 4:13CV3075 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JEFFRE CHEVVRONT, WEBB E. BANEROFT, DENNIS KEEFER, ROBERT OTTE, KENNETT, AKSAMIT, JAMES, JAN LIPOVSKY, JOE KELLY, HOLLY J. PARSLEY, and CHRISTINA EGGER-BROWN, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff Kenneth Clark's Motion for Reconsideration (Filing No. 29). The court's records reflect this case was dismissed on June 11, 2013. The Eighth Circuit Court of Appeals affirmed the court's judgment on March 24, 2014, and issued its mandate on April 15, 2014. (*See* Filing Nos. 8, 27, and 28.) For this reason, Clark's motion will be denied.

IT IS THEREFORE ORDERED that: Clark's Motion for Reconsideration (Filing No. 29) is denied.

DATED this 28th day of July, 2015.

                BY THE COURT:

                *s/ John M. Gerrard*
                United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.